ACCEPTED
01-13-00931-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 10:15:28 AM
CHRISTOPHER PRINE
CLERK



# SILVERMAN █ LAW GROUP

## CRIMINAL DEFENSE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/8/2015 10:15:28 AM
CHRISTOPHER A. PRINE
Clerk

917 Franklin, 4th Floor, Houston, TX 77002        501 North IH-35, Austin, TX 78702
713-526-1515                                                    512-485-3003

TheSilvermanLawGroup.com
LawyerNorm@msn.com

April 8, 2015

First Court of Appeals
301 Fannin, Ste 245
Houston, Texas 77002

Re: No. 01-13-00931-Cr; *Melissa Dromgoole v. State of Texas*

To Whom It May Concern:

Please be advised that Troy Mckinney will present oral argument on behalf of the appellant on April 8, 2015.

Sincerely,

*/s/ Norman J. Silverman*
Norman J. Silverman